IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Trey Calhoun,<br><br>Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.<br><br>Respondents. | No. CV-13-08009-PCT-NVW<br><br>**ORDER<br>AND<br>DENIAL OF CERTIFICATE OF APPEALABILITY AND IN FORMA PAUPERIS STATUS** |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge James F. Metcalf (Doc. 12) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1). The R&R recommends that the Petition be dismissed with prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at P. 9 Ln.22 (citing 28 U.S.C. § 636(b)). Respondents filed objections on July 2, 2013 (Doc. 13). Petitioner has filed no objections.

The court has considered Respondents' objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The court agrees with the Respondent's Objections and sustains Respondents' objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"). The R&R erroneously concludes that Petitioner's tile to file this petition was tolled for five days and expired on

January 17, 2000.  In truth, there was no tolling for five days, and the time expired on January 11, 2000.  This error is of no consequence for the final conclusion and recommendation of the Magistrate Judge.  The Magistrate Judge's determinations and recommendations are otherwise accepted within the meaning of Rule 72(b), Fed. R. Civ. P.

IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate Judge (Doc. 12) is modified to delete the sentence which reads: "Thus, Petitioner's statute of limitations was tolled for five days, extending his one year from January 11, 2000 through Monday, January 17.2000." (Doc. 12 at 6, lns.11-13.)  As thus modified, the R&R (Doc. 12) is accepted.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment dismissing petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1) with prejudice.  The Clerk shall terminate this action.

Having considered the issuance of a Certificate of Appealability from the order denying Petitioner's Petition for a Writ of Habeas Corpus, a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **denied.**

Dated this 10th day of July, 2013.

_____
Neil V. Wake
United States District Judge

- 2 -